R.I. Local Form 3015-2.1
(Rev. 7/1/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  Charles S. Phelps, Jr.                    CHAPTER 13
                                                  CASE NO. 17-10759
        Debtor(s)

/s/ Charles S. Phelps, Jr.

1st  *[indicate 1st, 2nd, 3rd, etc.]*
**AMENDED CHAPTER 13 PLAN AND APPLICABLE MOTIONS DESIGNATED BELOW:**

This amended plan:  ☐ **Does adversely affect creditors**
                    ☒ **Does *not* adversely affect creditors**

Check for motions applicable to this plan amendment:
( ) **Motion to Avoid Lien(s)**
( ) **Motion to Modify Secured Claim(s)**
( ) **Motion to Assume/Reject Lease(s)**
(x) **No motions applicable to this plan amendment**

On _____n/a_____, Debtor's original Chapter 13 plan was confirmed. If applicable,
      [date confirmed]
further amendments were made on ____n/a____ [dates of later amendments] **and the substance of all prior amendments is also listed below**.

This Amended Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows **(list all new and prior amendments with dates)**:

The monthly payment has been modified to correctly reflect the amount of charitable donations, made by Debtor in 2017, prorata. Chapter 13 Plan payments have increased to $755.57.

Amendments have been filed to accurately reflect Debtors circumstances.

Any federal tax refund Debtor receives in the next five (5) years of the Chapter 13 Plan will be surrendered to the Chapter 13 Trustee.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained therein, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you object to the confirmation of the proposed plan of the debtor(s) as amended, including any of the motions included therein, then you or your attorney must file with the Court a written objection to confirmation and/or to the motions contained therein at the following address:

Clerk, U.S. Bankruptcy Court, 380 Westminster St., Providence, R.I., 02903

**OBJECTIONS:** Your objection to confirmation and/or to the motions contained in the plan must include the specific reasons for your objection, **and must be filed with the Court no later than seven (7) days before the confirmation hearing.**

If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadlines stated above. You must also serve a copy of your objection to confirmation, and any applicable motions contained therein, on the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee at their addresses as they are listed in the notice of the meeting of creditors.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the proposed plan of the debtor(s) as amended, including any motions contained therein, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to *timely* object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

**PLAN SERVICE AND SIGNATURES:**

Pursuant to the R.I. LBR 3015-1(b), the Debtor or his/her counsel is required to serve a copy of the *amended* Chapter 13 Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly. In addition, if the Debtor has included a Motion to Modify Secured Claim and/or a Motion to Avoid Lien in this *amended* plan, the Debtor must also comply with the service requirements contained in R.I. LBR's 3015-1(c)(1) and 4003-2. **Debtor is also required to attach the original filed plan within the Amended Plan filing event in ECF.**

I/We declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan, including any applicable Motion(s) to Modify Secured Claim(s); Motion(s) to Avoid Certain Lien(s); and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Lease(s), as to all matters set forth herein, are true and correct to the best of our knowledge and belief:

Dated 7/11/17        Debtor's Signature /s/ Charles S. Phelps, Jr.

Dated _____        Debtor's Signature

I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated 7/11/17        Attorney for the Debtor /s/ Paul F. Waldman, Esq.

2

ADMINISTRATIVE GENERAL ORDER—FORM B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
----------------------------------------------\*

In re: Charles S. Phelps, Jr.

                                                   BK No. 17-10759

          Debtor(s)                   Chapter 13

----------------------------------------------\*

## CERTIFICATION OF SERVICE

I, hereby certify that on **July 13, 2017,** I electronically filed an **Amended Chapter 13 Plan** with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: US Trustee; Case Trustee John Boyajian, Esq.

Please refer to the attached creditor mailing labels to see the parties who were notified via regular mail.

                                                                       /s/ Paul F. Waldman
                                                                       PAUL F. WALDMAN, ESQ (# 984)
                                                                       1536 Westminster Street
                                                                       Providence, RI 02909
                                                                       (401) 213-0051

```
Label Matrix for local noticing      (p)INTERNAL REVENUE SERVICE          Internal Revenue Service
0103-1                                CENTRALIZED INSOLVENCY OPERATIONS    PO Box 7346
Case 1:17-bk-10759                    PO BOX 7346                          Philadelphia, PA 19101-7346
District of Rhode Island              PHILADELPHIA PA 19101-7346
Providence
Thu Jul 13 13:59:07 EDT 2017

Charles S. Phelps Jr.                 State of RI - Labor and Training     Citizens Bank
37 Cedar Pond Drive                   Legal Department                     One Citizens Dr.
Apartment 3                           Bldg 72 3rd Floor                    Mailstop ROP15B
Warwick, RI 02886-0873                1511 Pontiac Avenue                  Riverside, RI 02915-3019
                                      Cranston, RI 02920-4407

Citizens Bank N.A.                    Korde & Associates, P.C.             PHH Mortgage Services
1 Citizens Drive Mailstop ROP15B      900 Chelmsford Street                PO Box 371458
Riverside, RI 02915-3019              Suite 3102                           Pittsburgh PA 15250-7458
                                      Lowell MA 01851-8102

R.I. Division of Taxation             Richmond-Carolina Fire               Royal Crest Apartments
One Capitol Hill                      208 Richmond Townhouse Rd.           42 Cedar Pond Drive
Providence, RI 02908-5800             Carolina, RI 02812-1038              Warwick RI 02886-6660

John Boyajian +                       Paul F. Waldman +                    Catherine V. Eastwood +
PO Box 2561                           1536 Westminster Street               Korde & Associates, PC
Providence, RI 02906-0561             Providence, RI 02909-1602            900 Chelmsford Street
                                                                           Suite 3102
                                                                           Lowell, MA 01851-8102

Gary L. Donahue +
Office of the U.S. Trustee
U.S. Courthouse
One Exchange Terrace Suite 431
Providence, RI 02903-1744
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HSBC Bank USA, National Association    End of Label Matrix
                                          Mailable recipients    15
                                          Bypassed recipients     1
                                          Total                  16
```