**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND (Providence)**

| In Re:<br>Charles S. Phelps, Jr. | Case Number 1:17-bk-10759<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Paul G. Manning, Jr., Attorney for **HSBC Bank USA, National Association as Trustee for PHH Alternative Mortgage Trust, Series 2007-3 Mortgage Pass-Through Certificates Series 2007-3 and/or its successors and assigns** hereby certify that on February 19, 2021 I electronically filed the foregoing *Motion for Relief from Stay and Motion for Relief from Co-Debtor Stay* with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants;

Gary L. Donahue, Assistant U.S. Trustee
John Boyajian, Trustee
Paul F. Waldman, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Charles S. Phelps, Jr.
132 Carolina Nooseneck Road
Richmond, RI 02898

Charles S. Phelps, Jr.
37 Cedar Pond Drive
Apartment 3
Warwick, RI 02886

Thomas Wotherspoon
132 Carolina Nooseneck Road
Richmond, RI 02898

Portfolio Recovery Association
120 Corporate Blvd.
Norfolk, VA 23502

Tax Collector:
Town of Richmond, RI
5 Richmond Townhouse Road
Richmond, RI 02898

/s/Paul G. Manning, Jr.
Paul G. Manning, Jr., Esquire
RI# 7124
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

10-003220 / BK07