UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

CHARLES S. PHELPS, JR.                    BK- 17-10759
        Debtor(s)                         CHAPTER 13

NOTICE OF CHAPTER 13 PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor has completed all payments under the confirmed Chapter 13 plan.

The debtor is not entitled to a discharge unless after filing a petition the debtor completes an instructional course concerning personal finance management as described in 11 U.S.C. §111.

/s/John Boyajian
John Boyajian
Chapter 13 Trustee
400 Westminster St. Suite 54
Providence, RI 02903
Tel:(401)223-5550
Fax:(401)223-5548

CERTIFICATION

I hereby certify that a copy of the within Notice was mailed, postage prepaid, to Charles S. Phelps, Jr., 37 Cedar Pond Drive, Apt #3, Warwick, RI 02886 and electronically mailed to Paul F. Waldman, Esq. at waldlawri@aol.com and Office of the U.S. Trustee at ustpregion01.pr.ecf@usdoj.gov on January 20, 2022.

/s/ Martha Hunt